# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CARLTON VAUGHT,

                          Plaintiff,

-vs-                                                    Case No.  6:09-cv-1628-Orl-31DAB

CLIMBTEK, INC.,

                          Defendant.
_____

## ORDER

This matter comes before the Court on the Emergency Motion to Permit Unsupervised

Inspection (Doc. 24) filed by the Defendant and the response (Doc. 26) filed by the Plaintiff.

Based on the papers, it appears that the emergency is a result of the Defendant's failure to file a

proper request pursuant to Rule 34.  Accordingly, it is hereby

    **ORDERED** that the Emergency Motion (Doc. 24) is **DENIED WITHOUT**

**PREJUDICE**.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on August 9, 2010.

                                                    _____
                                                         GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party